IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA.** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **No. 08-459** |
| | : | |
| **ANGEL CORREA** | : | |

## ORDER

**AND NOW**, on this 14th day of September 2020, upon consideration of Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (ECF No. 36) and the Government's Response in Opposition to Defendant's *Pro Se* Petition Pursuant to 28 U.S.C §2255 (ECF No. 38), it is hereby **ORDERED** that Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (ECF No. 36) is **DENIED** without a hearing. The Court shall not issue a certificate of appealability because the Defendant has not "ma[d]e a substantial showing of the denial of a constitutional right." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); 28 U.S.C. § 2253(c)(2).

BY THE COURT:

/s/ Chad F. Kenney
CHAD F. KENNEY, J.